1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7
Attorneys for Defendants
8

\* E-filed 5/30/07 \*

9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11                     SAN JOSE DIVISION

12 HAMDAN FAYEZ FAYAD,                        )
   AMAL RAMLAOUI,                             )   No. C 07-1943 HRL
13                                            )
            Plaintiffs,                       )
14                                            )
        v.                                    )
15                                            )   **JOINT CONSENT TO MAGISTRATE**
   DAVID N. STILL, Director, USCIS,           )   **JUDGE JURISDICTION; STIPULATION**
16 San Francisco District Office;             )   **TO DISMISS; AND**
   FRANK D. SICILIANO, Officer-in-Charge,     )   **ORDER**
17 USCIS San Jose Sub-Office;                 )
   EMILIO T. GONZALEZ, Director,              )
18 U.S. Citizenship and Immigration Services; )
   MICHAEL CHERTOFF, Secretary,               )
19 Department of Homeland Security,           )
                                              )
20          Defendants.                       )
                                              )
21

22    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in
23 this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all
24 further proceedings in the case, including trial, and order the entry of a final judgment.
25    Plaintiffs, by and through their attorney of record, and Defendants, by and through their
26 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the
27 above-entitled action in light of the fact that the United States Citizenship and Immigration
28 Services adjudicated Plaintiffs' Petition to Remove Conditions on Residence (Form I-751) on May

Stip. to Mag. Juris. and to Dismiss
C07-1943 HRL                              1

1  24, 2007.

2  Each of the parties shall bear their own costs and fees.

3

4  Date: May 24, 2007                           Respectfully submitted,

5                                               SCOTT N. SCHOOLS
                                                United States Attorney
6

7
                                                _____/s/_____
8                                               ILA C. DEISS
                                                Assistant United States Attorney
9                                               Attorneys for Defendants

10

11

12
   Date: May 24, 2006                           _____/s/_____
13                                              ROBERT B. JOBE
                                                Attorney for Plaintiff
14

15

16                              **ORDER**

17     Pursuant to stipulation, IT IS SO ORDERED.

18

19
   DATED:  5/30/07
20                                              _____
                                                HOWARD R. LLOYD
21                                              United States Magistrate Judge

22

23

24

25

26

27

28

Stip. to Mag. Juris. and to Dismiss
C07-1943 HRL                                    2